UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTTWAINE M. DUNLAP,

    Plaintiff,

-vs-                                                                     Case No.  5:12-cv-606-Oc-30PRL

OFFICER K. BALL, et al.,

    Defendants.
_____/

## O R D E R

In an order dated November 1, 2012, the Court ordered Plaintiff to submit a Prisoner Consent Form and Financial Certification. (Doc. 4). Plaintiff has not complied with the Order, nor has Plaintiff requested an extension of time or otherwise explained the reasons for noncompliance. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 26, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE